Louis Janota, Appellant, v. Louis Stern and Morris Mann, Respondents.— Judgment affirmed, with costs. No opinion.

J. Wesley Butler, Respondent, v. Hannah C. Walker, Appellant, Impleaded with Alvan W. Perry and Others.— Judgment affirmed, with costs. No opinion.

Samuel P. Rotan, Respondent, v. Herbert H. Hewitt, Appellant.— Judgment and order affirmed, with costs. No opinion.

Sidney S. Bendick, Respondent, v. Louis G. Meyer, Appellant.— Judgment and order affirmed, with costs. No opinion.

Schenck Chemical Company, Appellant, v. Industrial Advertising and Distributing Company, Impleaded with David H. Anderson and Others, Respondents.— Judgment affirmed, with costs. No opinion.

Maynard N. Clement, as State Commissioner of Excise of the State of New York, Respondent, v. Joseph Freeland and Others, Appellants.— Judgment and order affirmed, with costs. No opinion.

Peter Twamley, Appellant, v. Thomas A. McKennell, Individually and as Executor, etc., of Jane Thorburn, Deceased, Respondent, Impleaded with Elizabeth Ann Pullman and Others.— Judgment affirmed, with costs, with leave to defendant to amend reply on payment of costs. No opinion.

Matthew J. Wheelehan, Appellant, v. William P. Shannon, Respondent.— Judgment affirmed, with costs, with leave to plaintiff to withdraw demurrer and to reply on payment of costs. No opinion.

George K. Cummings, Respondent, v. Corbin Motor Vehicle Corporation, Appellant.— Judgment and order affirmed, with costs. No opinion.

Alfred Hawes, Appellant, v. Board of Education of the City of New York, Respondent.— Judgment affirmed, with costs. No opinion.

The People of the State of New York ex rel. Manhattan Railway Company, Appellant, v. Egbert E. Woodbury and Others, Constituting the State Board of

[*] Revised by Labor Law (Consol. Laws, chap. 31; Laws of 1909, chap. 36), § 202.— [REP.

Tax Commissioners of the State of New York, Respondents. The City of New York, Intervenor, Respondent. (Taxes of 1909.) — Order affirmed, with ten dollars costs and disbursements, and judgment affirmed. No opinion. Ingraham, P. J., and Laughlin, J., dissented on the ground that seven per cent should be allowed as the basis upon which the value of the special·franchise should be capitalized.

Anglo-South American Bank, Limited, Respondent, v. National City Bank of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Harlem Savings Bank, Respondent, v. Henry B. Heylman, Individually and as Executor, etc., of Harriet A. Heylman, Deceased, and Emma Adel Heylman, Appellants, Impleaded with Maude H. P. Heylman and Others. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Harry J. Perkins, Respondent, v. Saks & Company (a Corporation), Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Ellen Spencer Mussey, Respondent, v. Pedro C. Casanova, Appellant, Impleaded with Mary L. Montalvan.— Order affirmed, with ten dollars costs and disbursements. No opinion.

United States Restaurant and Realty Company, Plaintiff, v. David A. Schulte and Rose Schulte, Comprising the Firm of Schulte & Company, Defendants. In the Matter of the Motion for Substitution of Anton H. Meyer, as Assignee of the United States Restaurant and Realty Company, for Benefit of Creditors, Respondent; Norbert Heinsheimer, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Palmer & Singer Manufacturing Company and Knickerbocker Garage, Respondents, v. Barney Estate Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Helen W. Richards, Respondent, v. John T. Richards, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Percival L. Harden, Respondent, v. William T. Hoops, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Francis C. Neale, Inc., Respondent, v. New York Steam Company, Defendant, Impleaded with Hudson Companies and Hudson and Manhattan Railroad Company, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Philip Levine, Appellant, v. Edward R. Murray, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.